

**NUMBER 13-20-00566-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI – EDINBURG**

**IN THE INTEREST OF G.C., J.C., A.C., A.C., CHILDREN**

**On appeal from the 343rd District Court
of Bee County, Texas**

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Order Per Curiam**

This is an appeal of a final order terminating parental rights. Appellee, the Texas Department of Family and Protective Services, has filed a first motion for extension of time to file a brief. Appellee's brief was due on March 24, 2021. Appellee has requested a fifteen-day extension to file a brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals but include additional expedited

deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that these appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a). Given the nature of these cases and the shortened appellate deadlines, it is the policy of this Court to limit extensions of time to file a brief in such cases to one ten-day extension of time absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

This Court, having fully examined and considered appellee's motion is of the opinion that, in the interest of justice, appellee's first motion for extension of time to file a brief should be granted with order. The Court, however, requires strict adherence to the briefing rules in appeals of parental termination cases, such as this appeal, and looks with disfavor upon the delay caused by such extension requests. *See* TEX. R. APP. P. 38.6; *see also id.* at R. 28.4.

The Court GRANTS appellee's first motion for extension of time. This motion is GRANTED insofar as the Court will extend appellee's deadline to file the brief for fifteen (15) days as requested by appellee. No further motions for extensions of time will be granted.

PER CURIAM

Delivered and filed on the
25th day of March, 2021.

2